UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Civil No. 2:25-cv-00205-SDN <br> ) |
| MARY E. MARSTON, | ) <br> ) |
| Defendant. | ) |

**ORDER REFERRING MATTER FOR MEDIATION
IN THE MAINE FORECLOSURE DIVERSION PROGRAM**

A foreclosure action has been filed in this Court. Defendant, Mary E. Marston, has filed a Request for Mediation and the Court has determined that this case should be referred to the Maine Foreclosure Diversion Program pursuant to 14 M.R.S. § 6321-A(6). The Clerk's Office is directed to submit a copy of this Order and the contact information for all parties, to the appropriate state court clerk. The Plaintiff is directed to pay the foreclosure mediation fee to the state court clerk.

The parties shall file a status report in this Court every forty-five (45) days while mediation in the Foreclosure Diversion Program remains ongoing; this case is otherwise **STAYED** until the parties notify the Court of the outcome of the mediation.

SO ORDERED.

Dated: June 5, 2025    /s/ Stacey D. Neumann
United States District Judge